S07Y0110. IN THE MATTER OF J. CHRISTOPHER HALCOMB.
(640 SE2d 31)

PER CURIAM.

This disciplinary matter is before the Court on the petition of J. Christopher Halcomb for the voluntary surrender of his license to practice law. Halcomb admits that he pled guilty in federal court to felony charges in connection with real estate closing fraud. Such a conviction constitutes a violation of Bar Rule 8.4 (a) (2). The State Bar concurs in this disposition.

Having reviewed the record we agree that surrender of his law license, which is tantamount to disbarment, is the appropriate sanction. Accordingly, we accept the petition and hereby order that the name of J. Christopher Halcomb be removed from the rolls of persons authorized to practice law in the State of Georgia. Halcomb is reminded of his duties pursuant to Bar Rule 4-219 (c).

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED JANUARY 8, 2007.

*William P. Smith III, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.

*John A. Nuckolls*, for Halcomb.